IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CANDICE HAGAN, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-00107-TES |
| | * |
| COMMISSIONER TIMOTHY C WARD, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 23, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 24th day of May, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk